UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------

JONATHAN COHEN, ET AL,   ORDER OF SUSTENANCE
          Plaintiff,

  -vs-

                                                  CV-13-5612(FB)
G&M REALITY, ET., AL.,   CV-15-3230(FB)
          Defendant.

-------------------------------------------------------------


      **ORDERED** that the Marshal supply proper
( )   LODGING

(XX)   SUSTENANCE

( )   TRANSPORTATION

      to the (6) jurors empaneled in the above entitled case.


DATED:  Brooklyn, New York
       **November 7, 2017**


( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

                                                 /S/ Frederic Block
( ) BREAKFAST                                U. S. D. J.

(XX) LUNCH

( ) OTHER _____